**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RANICKY MARSHALL,

    Plaintiff,

v.                                        Case No: 8:21-cv-55-CEH-AEP

ETAIROS HEALTH, INC.,

    Defendant.
_____

**<u>ORDER</u>**

    The Court has been advised by the Mediation Report (Doc. 60) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.09(b), M.D.Fla., it is

    **ORDERED** that this case be **administratively closed** pending receipt, within **sixty (60) days** from the date of this Order, of either a Joint Notice of Voluntary Dismissal, or a Joint Motion to Approve Proposed FLSA Settlement.  If the claims were resolved without compromise, a joint motion to approve FLSA settlement is unnecessary.  In its place, the parties are directed to file a notice of dismissal indicating that the claims have been resolved without compromise.

    **DONE and ORDERED** at Tampa, Florida this 25th day of May, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

- 2 -

**COPIES FURNISHED TO**:
Counsel of Record