UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANICKY MARSHALL,

    Plaintiff,

v.                                    Case No: 8:21-cv-55-CEH-AEP

ETAIROS HEALTH, INC.,

    Defendant.
_____/

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 39). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 39).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees except as otherwise provided in the Stipulation.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on June 17, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record